

MetroHealth Medical Center
Internal Medicine Clinic
MetroHealth Medical Resident Group
2500 MetroHealth Drive
Cleveland OH 44109
phone: 216-778-2273

10/11/2023

To Whom It May Concern

Derrick F Smith was seen in our offices on 10/11/2023. GPS tracker on right leg is irritating the skin and causing dryness as well as leg swelling. Would highly recommend that the tracker be moved to avoid further irritation. If you have any questions, please call the number listed on the letterhead.

Thank you.

*Geetika Srivastava*

Geetika Srivastava, MD